PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Emmanuel Deji                                    Docket No. 03-cr-253

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Roberto Cordeiro**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Emmanuel Deji**, who was placed under pretrial release supervision by the **Honorable Mark Falk, U.S. Magistrate Judge**, sitting in the Court at Newark, New Jersey, on April 15, 2003, under the following conditions:

- **$500,000 bond secured by properties located at 225 Eppert Street, East Orange, NJ and at 23 Water Grant Street, Yonkers, NY**
- **24 Hour house arrest with electronic monitoring (authorized to leave residence for employment or as approved by Pretrial Services)**
- **Pretrial Services supervision**
- **Surrender travel documents**
- **Travel restricted to New Jersey**

Respectfully presenting petition for action of Court and for cause as follows:

On March 6, 2006, the defendant left his residence during his normal curfew at 6:16 a.m. but never returned as scheduled at 9:00 p.m. At this time, the defendant's whereabouts are unknown. The defendant has been ordered to surrender himself to the Bureau of Prisons to begin serving his prison sentence on March 7, 2006.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for his arrest.

ORDER OF COURT

Considered and ordered this 8th day of March, 2006 and ordered filed and made a part of the records in the above case.

Honorable Joseph A. Greenaway, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/7/06

Roberto Cordeiro
Sr. U.S. Pretrial Services Officer

PS 10
(8/88)

# United States District Court
## for the
## District of New Jersey

U.S.A. vs Emmanuel Deji              Docket No. 03-CR-253

TO: [1] Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>Emmanuel Deji | SEX<br>Male | RACE<br>Black | AGE<br>56 |
| ADDRESS(STREET, CITY, STATE)<br>225 Eppert Street, East Orange, NJ ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Honorable Joseph A. Greenaway, Jr., U.S. District Judge<br>Newark, New Jersey ||||
| CLERK<br>WILLIAM T. WALSH | (BY) DEPUTY CLERK<br>JESS F. NELSON || DATE<br>3/8/06 |
| RETURN ||||
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) || DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."